DANIEL G. BOGDEN
United States Attorney
ROBERT KNIEF
Assistant United States Attorneys
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336
Fax: (702) 388-6698

✓ FILED  ___ RECEIVED
___ ENTERED  ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 19 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:15-mj-0249-PAL |
| vs. | |
| ANTONIO LARA-POLO, | **MOTION TO DISMISS COMPLAINT** |
| Defendant. | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and ROBERT A. KNIEF, Assistant United States Attorney, and files this Motion to Dismiss the Complaint as against defendant ANTONIO LARA-POLO pursuant to Fed. R. Crim. P. 48(a). Upon review of the entire record, the United States has determined that, in the best interests of justice, the foregoing Complaint should be dismissed without prejudice as against defendant ANTONIO LARA-POLO.

WHEREFORE, the United States requests that this Court confer its leave, as required under Rule 48(a) of Federal Rules of Criminal Procedure, and grant this Motion to Dismiss the Complaint as against defendant ANTONIO LARA-POLO.

Dated this 19th day of March, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

for ROBERT KNIEF
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this \_\_\_\_\_27th\_\_\_\_\_ day of March, 2015.

UNITED STATES MAGISTRATE JUDGE